# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| NANOLUMENS ACQUISITION, INC., a Georgia Corporation, and<br><br>NANOLUMENS, INC., a Georgia Corporation,<br><br>　　　　　*Plaintiffs*,<br><br>v.<br><br>PIXELFLEX, LLC, a Tennessee Corporation,<br><br>　　　　　*Defendant*. | CASE: 3:17-cv-00933-JPM-JSF<br><br>Judge Jon Phipps McCalla<br>Magistrate Judge Jeffery S. Frensley<br><br>**JURY DEMAND** |

## NOTICE OF STIPULATED DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs NanoLumens Acquisition, Inc. and NanoLumens, Inc. (collectively "NanoLumens") and Defendant PixelFLEX, LLC ("Defendant") (collectively "the Parties") hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice, subject to the terms of a separate Settlement Agreement. Defendant has not yet served an answer or motion for summary judgment in this case.

Dated: September 12, 2017

Respectfully submitted,

/s/ Ann G. Fort (w/permission by PWM)
Ann G. Fort (admitted *pro hac vice*)
Anna C. Halsey (admitted *pro hac vice*)
Walter S. Freitag (admitted *pro hac vice*)
Eversheds Sutherland (US) LLP
999 Peachtree Street NE, Suite 2300
Atlanta, GA 30309
(404) 853-8000
annfort@eversheds-sutherland.com
annahalsey@eversheds-sutherland.com
walterfreitag@eversheds-sutherland.com

Paige Waldrop Mills
Bass, Berry & Sims
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-6200
pmills@bassberry.com

*Attorneys for Plaintiffs*

Respectfully submitted,

/s/ Andre J. Bahou  (w/ permission by PWM)
André J. Bahou (TN Bar #28621)
BAHOU LAW, PLLC
Fifth Third Center Suite 2000
424 Church Street
Nashville, TN 37219
Phone: 615-712-6580
aj@bahoulaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

On September 12, 2017, I hereby certify that the foregoing electronically filed document was served upon all counsel of record via the Court's CM/ECF system.

/s/ Paige Mills